IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00602-GPG

**MICHAEL L. THOMPSON**,

    Plaintiff,

v.

**STEVE HAGER**, Colorado's division of Adult Parole;
**WALT PESTERFIELD**;
**BRANDON SCHAFER**, Colorado Board of Parole;
**RICK RAEMISCH**, Colorado's Department of Corrections, Exec. Dir.;
**WILSON**, Sheriff, Denver Sheriffs Department;
**BECKY LUCERO**, Former Parole Bd. Dir.;
**TIM HAND**, Former Parole Bd. Dir.;
**GARY PACHECO**, Community Parole Officer (CPO);
**MICHELLE ANDERSON**, CPO;
**WES ALLEN**, CPO;
**MARK YURKEY**, CPO;
**MELISSA GALARDO**, CPO Supervisor;
**BEVERLY GRAHAM**, AVCF Case Manager;
**MARY CARELSON**, Time Computation Super.;
**ARISTEDAS ZAVARES**, Former Executive Director;
**RICK RAEMISCH**, Exec. Dir.;
**JOHN SUTHERS**, Attorney General;
**MICHELLE GELLER**, Assistant Attorney General;
**JOHN/JANE DOE'S**, Community Parole Officer;
**2 CPO JOHN DOE'S**;
**FORMER DIV. HEAD JOHN/JANE DOE**;
**FORMER WARDEN OF DRDC JOHN/JANE DOE**; and
**JOHN/JANE DOE**, Former Denver Sheriff,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Michael L. Thompson currently resides in Denver, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and a Motion and Affidavit for Leave to Proceed as Indigent Pursuant to § 28 U.S.C. 1915. Magistrate Judge Gordon P. Gallagher granted the Motion on March 26, 2015. Magistrate Judge Gallagher then

reviewed the merits of the Complaint and found that the Complaint failed to comply with Fed. R. Civ. P. 8., because Plaintiff failed to set forth a short and plain statement of his claims showing that he is entitled to relief.

On April 27, 2015, Magistrate Judge Gallagher filed a lengthy Order outlining the deficiencies in Plaintiff's Complaint and ordered him to file an amended complaint in compliance with Rule 8 within thirty (30) days.  Magistrate Judge Gallagher warned Plaintiff that if he failed to comply with the Order to Amend within the time allowed the Court would dismiss the action without further notice.  Although the Court has granted two requests for extensions of time (ECF Nos. 8 & 10), Plaintiff has failed to comply with the Court's Order to Amend within the time allowed.

The Court finds Magistrate Judge Gallagher correctly determined that Plaintiff failed to comply with Rule 8 and required him to amend the Complaint.  A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion.  *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969).  The Court finds that the Complaint does not meet the requirements of Fed. R. Civ. P. 8.  Because Plaintiff now has failed to comply with the April 27, 2015 Order within the time allowed and fails to assert a reason why he is unable to do so, the Court will dismiss the action for failure to comply with a Court order and to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a

motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file a properly amended complaint within the time allowed and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pampers* on appeal is denied.

DATED at Denver, Colorado, this  30th   day of      July           , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court