IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00602-LTB

**MICHAEL L. THOMPSON**,

    Plaintiff,

v.

**STEVE HAGER**, Colorado's division of Adult Parole;
**WALT PESTERFIELD**;
**BRANDON SCHAFER**, Colorado Board of Parole;
**RICK RAEMISCH**, Colorado's Department of Corrections, Exec. Dir.;
**WILSON**, Sheriff, Denver Sheriffs Department;
**BECKY LUCERO**, Former Parole Bd. Dir.;
**TIM HAND**, Former Parole Bd. Dir.;
**GARY PACHECO**, Community Parole Officer (CPO);
**MICHELLE ANDERSON**, CPO;
**WES ALLEN**, CPO;
**MARK YURKEY**, CPO;
**MELISSA GALARDO**, CPO Supervisor;
**BEVERLY GRAHAM**, AVCF Case Manager;
**MARY CARELSON**, Time Computation Super.;
**ARISTEDAS ZAVARES**, Former Executive Director;
**RICK RAEMISCH**, Exec. Dir.;
**JOHN SUTHERS**, Attorney General;
**MICHELLE GELLER**, Assistant Attorney General;
**JOHN/JANE DOE'S**, Community Parole Officer;
**2 CPO JOHN DOE'S**;
**FORMER DIV. HEAD JOHN/JANE DOE**;
**FORMER WARDEN OF DRDC JOHN/JANE DOE**; and
**JOHN/JANE DOE**, Former Denver Sheriff,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 30, 2015, it is hereby

    **ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of July, 2015.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ A. García Gallegos
    Deputy Clerk